May Term, 1856.

DUGDALE
v.
CULBERTSON.

---

DUGDALE *v.* CULBERTSON and Others.

A demurrer to an answer was as follows: that the answer is insufficient in law to entitle the defendant to defend this suit. *Held*, that the demurrer, not being in conformity to any cause specified in the code, should have been overruled.

Tuesday, June 17.

APPEAL from the *Wayne* Court of Common Pleas.

STUART, J.—*Dugdale* alone appeals. The suit was on a promissory note made by *Dugdale* to the railroad company, and as is alleged *verbally*, assigned by the company to the appellees. They sue in their own name.

Plea, that before suit *Dugdale*, who had subscribed five shares, 250 dollars, and paid 90 dollars, demanded a certificate of stock, which was refused, &c.; that the note in suit is for the residue, &c. It seems that the stock was really subscribed to the *Newcastle and Richmond* road; but there is nothing in the record to explain the confusion of names.

Demurrer to the plea, in these words: that the answer is insufficient in law to entitle the defendant to defend this suit. The statute makes it imperative to overrule every demurrer which does not conform to the causes specified in the practice act. This falls within the ruling in *Lane* v. *The State*, *ante*, p. 426; and should have been overruled.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

J. *Perry*, for the appellant.

J. B. *Julian*, for the appellees.